

Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ  07102

Glenn J. Smith
Office Managing Shareholder

Michael T. Grosso
973.848.4708 direct
973.848.4700 main
973.215.2615 fax
mgrosso@littler.com

March 18, 2016

**VIA ECF AND EMAIL (ALCarterNYSDChambers@nysd.uscourts.gov)**

The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

**Re:** *Cardoso, et al. v. A Royal Flush of New York II, Inc., et al.*
**Civil Action No. 1:15-cv-07260-ALC**

Dear Judge Carter:

This firm represents Defendants in the above-referenced matter.  I write on behalf of the Parties to advise the Court that the Parties in this matter have reached a settlement.  We are in the process of finalizing the terms of the settlement agreement, and anticipate providing the Court with a Settlement Agreement within the next 30 days for approval and seeking the entry of a dismissal with prejudice.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Michael T. Grosso*

Michael T. Grosso

cc:     All Attorneys of Record (via ECF and email)

Firmwide:139389189.1 085118.1002

littler.com