USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-18-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

GERMAN CARDOSO, individually and on behalf of all others similarly situated, and ALEXI ORTIZ ALVARADO,

          Plaintiffs,

-against-

A ROYAL FLUSH OF NEW YORK II, INC., A ROYAL FLUSH, INC., WILLIAM MALONE, and DEBRA RUSSO,

          Defendants,
-----------------------------------------------------------x

1:15-cv-07260 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report, advising the Court that the parties have reached a settlement and that they anticipate requesting Court approval of the settlement within the next 30 days. The parties are directed to file the proposed settlement and a joint motion, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its recent decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and accompanying motion must be filed by April 15, 2016.

**SO ORDERED.**

**Dated:** March 18, 2016
         New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**