**LITTLER MENDELSON**
A Professional Corporation
One Newark Center, 8th Floor
Newark, NJ  07102
973.848.4700
Attorneys for Defendants
  *A Royal Flush of New York, II, Inc.,*
  *A Royal Flush, Inc., William Malone*
  *and Debra Russo*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GERMAN SOSA CARDOSO and ALEXI ORTIZ ALVARADO, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiffs,<br><br>        -against-<br><br>A ROYAL FLUSH OF NEW YORK II, INC., A ROYAL FLUSH, INC., WILLIAM MALONE, TIMOTHY BUTLER, and DEBRA RUSSO, Jointly and Severally,<br><br>                   Defendants. | Index No. 1:15-cv-07260<br><br>**CERTIFICATION OF SERVICE**<br><br>VIA ECF |

I hereby certify that on April 15, 2016, I caused the Joint Motion for Approval of Settlement to be served by filing it electronically with the Clerk of the above-captioned Court using its CM/ECF systems, upon:

Brent E. Pelton, Esq.
Taylor B. Graham, Esq.
111 Broadway, Suite 1503
New York, NY 10006
Attorneys for Plaintiffs

Meredith F. McBride, Esq.
Tibbetts, Keating & Butler, LLC
9 East 45th Street, 9th Floor
New York, New York 10017
Attorneys for Defendant Timothy Butler

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of April, in Newark, New Jersey.

/s/ *Michael T. Grosso*
Michael T. Grosso

Firmwide:139971506.1 085118.1002