UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERMAN SOSA CARDOSO and ALEXI ORTIZ ALVARADO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>A ROYAL FLUSH OF NEW YORK II, INC., A ROYAL FLUSH, INC., WILLIAM MALONE, TIMOTHY BUTLER, and DEBRA RUSSO, Jointly and Severally,<br><br>Defendants. | Civil Action No. 1:15-cv-07260-ALC<br><br>**PROPOSED ORDER**<br><br>VIA ECF<br><br>USDC SDNY<br>DOCUMENT ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 4/19/16 |

AND NOW, THIS 19 DAY OF April 2016, the Court having reviewed the case of *German Sosa Cardoso and Alexi Ortiz, individually and on behalf of all others similarly situated v. A Royal Flush of New York II, Inc., A Royal Flush, Inc., William Malone, Timothy Butler and Debra Russo*, and considered applicable case law, and for good cause shown, it is **ORDERED, ADJUDGED** and **DECREED** that:

1. The individual Settlement Agreement and General Release between Plaintiffs German Sosa Cardoso and Alexi Ortiz Alvarado and Defendants A Royal Flush of New York II, Inc., a Royal Flush, Inc. (collectively "A Royal Flush" or the "Company") (together, the "Parties"),: (a) is fair to all Parties; (b) reasonably resolves a bona fide disagreement between the Parties with regard to the merits of the Plaintiffs' claims; and (c) demonstrates a good faith intention by the Parties that the Plaintiffs' claims for liability and damages be fully and finally resolved, and not re-litigated in whole or in part at any point in the future. The Agreement is therefore **APPROVED** by the Court.

-2-

2. The lawsuit and the claims of Plaintiffs German Sosa Cardoso and Alexi Ortiz Alvarado against and Defendants A Royal Flush of New York II, Inc., a Royal Flush, Inc. (collectively "A Royal Flush" or the "Company"), William Malone, Debra Russo and Timothy Butler (collectively, "Defendants") are **DISMISSED WITH PREJUDICE** in their entirety without fees or costs except as agreed to by the Parties.

| | |
|---|---|
| **PELTON GRAHAM LLC** | **LITTLER MENDELSON, P.C.** |
| By: /s/ Brent E. Pelton | By: /s/ Michael T. Grosso |
| Brent E. Pelton | Michael T. Grosso |
| Taylor B. Graham | One Newark Center, 8th Floor |
| 111 Broadway, Suite 1503 | Newark, NJ 07102 |
| New York, NY 10006 | Telephone: (973) 848-4700 |
| Telephone: (212) 385-9700 | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | *A Royal Flush of New York II, Inc.,* |
| *German Sosa Cardoso and* | *A Royal Flush, Inc., William Malone* |
| *Alexi Ortiz Alvarado* | *and Debra Russo* |
| Dated: April 15, 2016 | Dated: April 15, 2016 |

**TIBBETTS, KEATING & BUTLER, LLC**

By: /s/ Meredith McBride
    Meredith F. McBride
    9 East 45th Street 9th Floor
    New York, New York 10017
    Telephone: (212) 629-4119
    *Attorneys for Defendant*
    *Timothy Butler*

Dated: April 15, 2016

SO-ORDERED: _____  Dated: 4/19/16
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE